UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**CHRISTOPHER D. BUCK,**                                                                 **PLAINTIFF**

v.                                         CIVIL ACTION NO. 1:23-cv-00062-HBB *(E-FILED)*

**KILOLO KIJAKAZI, ACTING COMMISSIONER**
**SOCIAL SECURITY ADMINISTRATION**                                           **DEFENDANT**

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby **ENTERS JUDGMENT** in favor of the Plaintiff, REVERSES the Commissioner's decision, and **REMANDS** this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

August 15, 2023

H. Brent Brennenstuhl
United States Magistrate Judge

Copies:  Counsel

TENDERED BY:
Adam R Sorkin
Special Assistant U. S. Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
312-596-1884